PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Manweld Shontae BrightDocket No. 5:19-CR-416-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Manweld Shontae Bright, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 18th day of November, 2019.

The defendant appeared before James C. Dever III, the U.S. District Judge for arraignment on the 17th day of August, 2020, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been on the home detention component of the location monitoring program since November 19, 2019. Since that time, he has abided by all terms of release and has presented no supervision issues. Due to the geographical area where the defendant resides, continued cellular connectivity issues have been encountered which has hampered our ability to effectively monitor the defendant. Therefore, it is recommended that the location monitoring condition be stricken and the defendant continued under the same conditions of release as previously imposed. The undersigned probation officer contacted the United States Attorney's Office and there is no opposition to this request.

**PRAYING THAT THE COURT WILL ORDER** the location monitoring condition be stricken and the defendant be continued under the same conditions of release as previously imposed.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake/s/ J. Brock Knight
David W. LeakeJ. Brock Knight
Supervising U.S. Probation OfficerU.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: December 4, 2020

### ORDER OF THE COURT

Considered and ordered the __4__ day of __December__, 2020, and ordered filed and made part of the records in the above case.

__/s/ Dever__
James C. Dever III
U.S. District Judge